**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6017**

_____

MICHAEL DAVID WATLEY,

        Plaintiff - Appellant,

    v.

DRAKE KOWCHECK, Correctional Officer; WILLIAM KOPPEL, Correctional
Officer; MATTHEW COX, Correctional Officer,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at
Wheeling.  John Preston Bailey, District Judge.  (5:24-cv-00187-JPB)

_____

Submitted:  December 23, 2025            Decided:  December 31, 2025

_____

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael David Watley, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Michael David Watley appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Watley's complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971).  We have reviewed the record and discern no reversible error.  Accordingly, we affirm the district court's order.  *Watley v. Kowcheck*, No. 5:24-cv-00187-JPB (N.D. W. Va. Dec. 20, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
